

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

      -v-                      :   **NOTICE OF INTENT**
                                                   **TO FILE AN INFORMATION**

TANYA HOLLANDER,                    :
    a/k/a "Tania Hollander,"            08 Mag. 463

              Defendant.    :   **08 CRIM 638**

- - - - - - - - - - - - - - - - - -x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          June 11, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                By: _____
                            RITA M. GLAVIN
                            Assistant United States Attorney


                            AGREED AND CONSENTED TO:

                By: _____
                            MICHAEL C. FARKAS, ESQ.
                            Attorney for Tania Hollander

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

6/12/08   WHEEL A