```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA,        :
                                 :
          - v -                  :
                                 :         WAIVER OF INDICTMENT
TANYA HOLLANDER,                 :
     a/k/a "Tania Hollander,"    :
                                 :         08 Cr.
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

JUDGE BATTS

08 CRIM 638

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       July 14, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JUL 14 2008

0202